UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DWINEL MONROE,

                             Plaintiff,

        v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS & COMMUNITY
SUPERVISION, *et al.*,

                            Defendants.

No. 16-CV-2818 (KMK)

SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on November 13, 2019, the Court had scheduled the next status conference for May 13, 2020 and set a corresponding pre-motion letter filing schedule. (*See* Dkt. (minute entry for Nov. 13, 2019).)

     This Order amends those dates and deadlines. The next status conference is now scheduled for May 27, 2020 at 11:30 a.m. Any pre-motion letter is due May 13, 2020. The non-movant's response is due May 20, 2020.

SO ORDERED.

DATED:    November 20, 2019
                White Plains, New York

                                                     KENNETH M. KARAS
                                                     UNITED STATES DISTRICT JUDGE